# Courtroom Minute Entry

**Room:** Beckley  **Case No.:** 5:21-cr-00090  **Type:** IA & AR
**Caption:** USA v. Cayla Danielle Lindsay  **Judge:** Omar Aboulhosn

**Started:** 6/18/2021 1:27:28 PM
**Ends:** 6/18/2021 1:38:20 PM  **Length:** 00:10:53

Judge Omar Aboulhosn
Courtroom Deputy Tammy Davis
Court Reporter: CourtSmart
AUSA Timothy D. Boggess
CJA Panel Attorney Kristopher Faerber
Defendant Cayla Lindsay by video from South Central Regional Jail
Senior USPO Jeff Gwinn

**INITIAL APPEARANCE ON INDICTMENT**

| Time | Event |
|---|---|
| 1:30:49 PM | Judge Omar Aboulhosn |
| 1:30:50 PM | Calls case |
| 1:31:11 PM | Would counsel please state your appearances for the record? |
| 1:31:12 PM | AUSA Timothy D. Boggess |
| 1:31:14 PM | Notes appearance on behalf of the United States. |
| 1:31:16 PM | CJA Panel Attorney Kristopher Faerber |
| 1:31:17 PM | Notes appearance on behalf of the defendant who is appearing by video from South Central. |
| 1:32:41 PM | Judge Omar Aboulhosn |
| 1:32:43 PM | Places the defendant under oath |
| 1:32:56 PM | States rights of defendant and defendant acknowledges these rights |
| 1:33:50 PM | States additional rights of defendant and defendant acknowledges these rights |
| 1:33:54 PM | **ARRAIGNMENT HEARING ON INDICTMENT** |
| 1:33:56 PM | States violation(s) in charging document and possible penalties |
| 1:34:23 PM | Questions defendant about Indictment related matters |
| 1:34:44 PM | Defendant pleads NOT GUILTY to charge(s) contained in the Indictment |
| 1:34:48 PM | **Your case has been assigned to United States District Judge Frank W. Volk** |
| 1:34:52 PM | **Your trial is scheduled for August 10, 2021 at 9:00 a.m.** |
| 1:35:01 PM | There will be a pretrial motions hearing held on July 29, 2021 at 11:00 a.m. before me. |
| 1:35:22 PM | Counsel, I assume your client does not waive her right to appear at the pretrial motions hearing? |
| 1:35:28 PM | CJA Panel Attorney Kristopher Faerber |
| 1:35:33 PM | Defendant does not waive the right to be present at the pretrial motions hearing, your honor. |
| 1:35:35 PM | Judge Omar Aboulhosn |
| 1:35:47 PM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given. |
| 1:35:49 PM | The Court will also enter an Addendum to the Arraignment Order and notes the government's objection. |
| 1:35:57 PM | Ms. Lindsay, I failed to ask if you consented to appear by video today? |
| 1:36:21 PM | CJA Panel Attorney Kristopher Faerber |
| 1:36:23 PM | Yes your honor, I discussed that with her and she consents. |
| 1:36:30 PM | Defendant Cayla Lindsay |
| 1:36:33 PM | Yes sir. You can sign my name. |
| 1:36:36 PM | CJA Panel Attorney Kristopher Faerber |
| 1:36:38 PM | And your may sign my name as well, your honor to the Consent form. |
| 1:36:57 PM | Judge Omar Aboulhosn |
| 1:36:57 PM | I remind counsel to make sure chambers receives a copy of all motions filed with the Clerk |
| 1:36:59 PM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's |
| 1:37:09 PM | technology staff five business days prior to commencement of the proceeding. |
| 1:37:13 PM | Advised counsel to give United States Marshals Service 30 days notice for out-of-custody defendants |
| 1:37:18 PM | and/or witnesses and cancel when unnecessary. |
| 1:37:26 PM | The defendant was previously detained by violating bond conditions. |
| 1:37:43 PM | CJA Panel Attorney Kristopher Faerber |
| 1:37:46 PM | We do not intend to address any detention, your honor. |
| 1:37:53 PM | Judge Omar Aboulhosn |
| 1:37:57 PM | Discusses Brady v. Maryland |
| 1:38:03 PM | Are there any questions or anything else we need to take care of? |
| 1:38:04 PM | The defendant is remanded to the custody of the United States Marshals pending trial. |